United States District Court
Southern District of Texas
**ENTERED**
November 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DANNY LEE WEBER JR., § | |
| § | |
| *Plaintiff*, § | |
| VS. § | 3:20-CV-331 |
| § | |
| IQ DATA INTERNATIONAL, INC., § | |
| § | |
| *Defendant.* § | |

## CONDITIONAL DISMISSAL ORDER

Before the court is the parties' notice of settlement. Dkt. 7. Accordingly, the court orders that the plaintiff's claims against IQ Data International, Inc. are dismissed with prejudice unless any party represents in writing filed with the court on or before January 15, 2021, that the settlement could not be completely documented. If the parties wish the case to be disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before January 15, 2021.

Each party shall bear its own attorneys' fees and costs.

Signed on Galveston Island on this, the 16th day of November, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE